

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2021

No. 04-21-00243-CV

Edythe **PRINCE** and Jared Prince,
Appellants

v.

Sharon L. **PETERS**, Individually and Sharon Peters Real Estate Inc.; Christopher Russo, Individually, and Christopher Russo Home Inspections PLLC: The Agency Austin, Inc., d/b/a The Agency San Antonio, n/k/a The Agency Texas, Inc.; Thomas J. Brown; Henry Justin Sheppard; Joseph Keresztury; and Timothy Brown AND CityWorth Mortgage LLC and Its Successors in Interest; and Dep't of Veterans' Affairs Home Loan Program,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-20-0000305
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The clerk's record was due to be filed with this court on August 9, 2021. *See* TEX. R. APP. P. 35.1. After the due date, the Bexar County District Clerk notified this court that Appellants have not paid the clerk's fee for preparing the record and Appellants are not entitled to a free clerk's record.

We ORDER Appellants to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellants are entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellants fail to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2021.



Michael A. Cruz,
Clerk of Court